IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **RODOLFO BARRAZA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION** |
| V. | § | **NO.: 7:17-cv-00167** |
| | § | |
| **UNITED PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY AND** | § | **JURY DEMAND** |
| **AND CAROL CRUMP** | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rodolfo Barraza and Defendants United Property & Casualty Insurance Company and Carol Crump hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendants United Property & Casualty Insurance Company and Carol Crump are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 28th day of June, 2017.

                                                         Respectfully submitted,

                                                         /s/ *Robert A. Pollom
                                                         Robert A. Pollom
                                                         State Bar No. 24041703
                                                         Southern District Bar No. 2149539
                                                         Jake S. Rogiers
                                                         State Bar No. 24069066
                                                         Southern District Bar No. 2478454

                                                         **KETTERMAN, ROWLAND & WESTLUND**
                                                         16500 San Pedro, Suite 302
                                                         San Antonio, TX  78232
                                                         Telephone:  (210) 495-6789
                                                         Facsimile:  (210) 495-6790

E-mail:  Robert@krwlawyers.com
E-mail:  jake@krwlawyers.com
**COUNSEL FOR PLAINTIFF**
*\*signed with permission*

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055
Shannon Beck
State Bar No. 24092102
Southern District No. 2715159

**THOMPSON, COE, COUSINS & IRONS, LLP**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: sbeck@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of June, 2017, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

Robert A. Pollom
Jake S. Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX  78232
Facsimile:  (210) 495-6790
*Counsel for Plaintiff*

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson